# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:05-00183-01 |
| | ) | Judge Trauger |
| COREY EUGENE CECIL | ) | |

## **O R D E R**

The defendant has filed a Motion For Early Termination of Supervised Release (Docket No. 201), to which the government has responded in opposition (Docket No. 202), and the defendant has filed a Reply (Docket No. 203).

The defendant's Motion is hereby **GRANTED**, as it is in the interest of justice and justified by the defendant's post-release conduct. He has successfully reintegrated into the community, does not need to be further deterred from criminal conduct, and the court does not feel that the public needs to be protected from further crimes of this defendant. He is stably employed, taking care of his family, and termination of supervised release would enhance his ability to pursue his chosen profession as a stand-up comic in out-of-state locations. The government's sole justification for its position seems to be the seriousness of the crime committed. However, the defendant has served his sentence and has performed well on nearly four years of supervised release. Justifying the denial of this motion simply based upon the seriousness of the original offense is unjustified in the court's view.

It is so **ORDERED**.

ENTER this 14th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge